IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DERRICK WALKER, | ) | |
| | ) | |
|    Petitioner/Defendant, | ) | Civil Action No. 14-00202-WS |
| | ) | |
| v. | ) | Criminal No. 09-00236-WS-N |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 19, 2015 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this the 20th day of April, 2015.

                                        s/WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE