IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DERRICK WALKER, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | Civil Action No. 14-00202-WS |
| | ) | |
| v. | ) | Criminal No. 09-00236-WS-N |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the petition filed by Derrick Walker is **DENIED**. Further, the petitioner is not entitled to a certificate of appealability and is therefore not entitled to appeal *in forma pauperis*.

**DONE** this the 20th day of April, 2015.

       s/WILLIAM H. STEELE
       CHIEF UNITED STATES DISTRICT JUDGE